No. 312. MURRAY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *John Stanley Cooper* for petitioner. *Solicitor General Rankin, I. Henry Kutz* and *Meyer Rothwacks* for respondent. ▮

No. 308. WALTON *v.* ARABIAN AMERICAN OIL Co. C. A. 2d Cir. Certiorari denied. *Thomas J. O'Neill* and *John V. Higgins* for petitioner. *J. Courtney McGroarty* for respondent. ▮

No. 233. UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA (UE) ET AL. *v.* GOODMAN MANUFACTURING Co. ET AL. C. A. 7th Cir. Motion to use the certified record in case No. 775, October Term, 1955, as a part of the record in this case granted. Certiorari denied. *Basil R. Pollitt* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Theophil C. Kammholz, Dominick L. Manoli* and *Samuel M. Singer* for the National Labor Relations Board, and *Charles Aaron* for the Goodman Manufacturing Co., respondents. ▮

No. 267. UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA ET AL. *v.* GENERAL ELECTRIC Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Basil R. Pollitt, Frank Donner, Arthur Kinoy* and *Marshall Perlin* for petitioners. *Gerhard A. Gesell* and *Burke Marshall* for respondent.

No. 237. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James F. Reilly* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney,*